IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01722-RM-MJW

BLAKE BROWN,
DEAN BIGGS,
JACQUELINE DEHERRERA,
RUTH ANN HEAD,
MARLENE MASON,
ROXANNE MCFALL,
RICHARD MEDLOCK, and
BERNADETTE SMITH,

Plaintiff(s),

v.

THOMAS E. PEREZ, Secretary of Labor,
UNITED STATES DEPARTMENT OF LABOR, an agency of the United States governing
OFFICE OF WORKERS COMPENSATION PROGRAMS, an agency of the United States Department of Labor,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiffs' Motion to Amend Complaint to Substitute Name of Defendant (Docket No. 19), which is unopposed, is granted. Accordingly, the caption in this case is amended to substitute defendant Thomas E. Perez, Secretary of Labor, for defendant Seth D. Harris, Acting Secretary of Labor.

Date: October 28, 2013