IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01722-RM-MJW

BLAKE BROWN,
DEAN BIGGS,
JACQUELINE DEHERRERA,
RUTH ANN HEAD,
MARLENE MASON,
ROXANNE MCFALL,
RICHARD MEDLOCK, and
BERNADETTE SMITH,

Plaintiff(s),

v.

THOMAS E. PEREZ, Secretary of Labor,
UNITED STATES DEPARTMENT OF LABOR, an agency of the United States governing
OFFICE OF WORKERS COMPENSATION PROGRAMS, an agency of the United States Department of Labor,

Defendant(s).

### MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that this court DECLINES to rule on Defendants' Objection to Magistrate Judge's Order Permitting Discovery (docket no. 15) since this court [i.e., Magistrate Judge Watanabe] does not have jurisdiction to rule on this motion (docket no. 15) pursuant to Fed. R. Civ. P. 72(a).  Any ruling on this motion (docket no. 15) must be done by a district court judge.  Judge Moore has, in fact, withdrawn the reference of docket no. 15 to Magistrate Judge Watanabe.

     It is FURTHER ORDERED that Defendants' Motion for Protective Order (docket no. 23) and Defendants' Amended Motion for Protective Order (docket no. 25) are BOTH DENIED because the relief sought is already before Judge Moore in the Defendants' Objection to Magistrate Judge's Order Permitting Discovery (docket no. 15).

Date: December 30, 2013