**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01722-RM-MJW

BLAKE BROWN, and
DEAN BIGGS, and
JACQUELINE DEHERRERA, and
RUTH ANN HEAD, and
MARLENE MASON, and
ROXANNE MCFALL, and
RICHARD MEDLOCK, and
BERNADETTE SMITH,

Plaintiffs,

v.

TOMAS PEREZ, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR, an agency of the United States governing OFFICE OF WORKERS COMPENSATION PROGRAMS, an agency of the United States Department of Labor.

Defendant.

_____

PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT
_____

Plaintiffs, by undersigned counsel, move for leave to exceed the page limit for their summary judgment motion pursuant to Fed. R. Civ. P. 56, and as grounds they state:

1. Pursuant to this court's judicial procedures, there is a page limit of twenty (20) pages for a motion for summary judgment Fed. R. Civ. P. 56.

2. Plaintiffs request leave to use thirty (30) pages for their Motion for Summary Judgment they will file on or before the dispositive motions deadline on January 31, 2014.

3. Plaintiffs need to use extra pages because:

   a.  the case involves eight (8) plaintiffs who have engaged in FOIA requests for information about selection of referee physicians for independent medical examinations spanning a ten-year period.

   b.  Defendant has used two FOIA Exemptions, 4 and 6, to refuse disclosure of information in responding to these FOIA requests.

   c.  Plaintiffs intend to show a detailed explanation of the way the agency is required to use its computerized PDS system to select neutral referee physicians and how physicians are now selected..

   d.  Plaintiffs intend to present facts and legal argument why the information they requested is not protected by Exemptions 4 or 6.

   e.  Plaintiffs will present their statement of facts and memorandum brief efficiently and succinctly.

4.  Because the Motion for Summary Judgment must contain a Statement of Facts concerning a number of issues and must contain an adequate legal basis controverting two FOIA Exemptions, Plaintiffs must use extra pages.

5.  Plaintiff's attorney, Karen Larson, contacted Defendant's attorney, Timothy Jafek, regarding his position on Plaintiff's request for leave to file extra pages.  Defendant has no objection to Plaintiffs' use of thirty (30) pages.

      WHEREFORE, Plaintiffs request leave to use thirty (30) pages for their Motion for Summary Judgment.

Dated: January 13, 2014

Respectfully submitted,

s/John Evangelisti
John Evangelisti
1120 Lincoln Street, Suite 711
Denver, CO 80203
Telephone: 303-832-8226
FAX: 303-830-8843
Email: john@johnevangelisit.com
*Attorney for Plaintiff*

s/ Karen Larson
Karen Larson
3773 Cherry Creek North Drive
Suite 575
Denver, CO 80209
Telephone: (303) 831-4404
FAX: 303-261-8109
Email: karenlarson@qwestoffice.net
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January 2014 I served Plaintiffs' Motion for Leave to Exceed the Page Limitation for their Motion for Summary Judgment on Defendant by the ECF system.

s/ Karen Larson