**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01722-RM-MJW

BLAKE BROWN, and
DEAN BIGGS, and
JACQUELINE DEHERRERA, and
RUTH ANN HEAD, and
MARLENE MASON, and
ROXANNE MCFALL, and
RICHARD MEDLOCK, and
BERNADETTE SMITH,

Plaintiffs,

v.

TOMAS PEREZ, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR, an agency of the United States governing OFFICE OF WORKERS COMPENSATION PROGRAMS, an agency of the United States Department of Labor.

Defendant.

_____

ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMIT
_____

The Court, having reviewed Plaintiff's Unopposed Motion to Exceed Page Limits, and being apprised of its contents, hereby GRANTS the motion and will allow Plaintiff 30 pages for their Motion for Summary Judgment.

Dated:  January 13, 2014

_____
Magistrate Judge Raymond P. Moore