IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01722-RM-MJW

BLAKE BROWN,
DEAN BIGGS,
JACQUELINE DEHERRERA,
RUTH ANN HEAD,
MARLENE MASON,
ROXANNE MCFALL,
RICHARD MEDLOCK, and
BERNADETTE SMITH,

Plaintiff(s),

v.

THOMAS E. PEREZ, Secretary of Labor,
UNITED STATES DEPARTMENT OF LABOR, an agency of the United States governing
OFFICE OF WORKERS COMPENSATION PROGRAMS, an agency of the United States Department of Labor,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that defendants' Motion to Vacate Final Pretrial Conference (Docket No. 54) is DENIED.  The Final Pretrial Conference set for April 7, 2014 at 1:30 p.m. will go forward as scheduled.

Date: March 24, 2014