**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter:     Tammy Hoffschildt | Date:  September 3, 2014 |

**CASE NO.    13-cv-01722-RM-MJW**

| | |
|---|---|
| BLAKE BROWN,<br>DEAN BIGGS,<br>JACQUELINE DEHERRERA,<br>RUTH ANN HEAD,<br>MARLENE MASON,<br>ROXANNE S. MCFALL,<br>RICHARD MEDLOCK, and<br>BERNADETTE SMITH, | John Evangelisti<br>Karen Larson |

    Plaintiffs,

v.

| | |
|---|---|
| UNITED STATES DEPARTMENT OF LABOR,<br>OFFICE OF WORKERS COMPENSATION PROGRAMS, and<br>THOMAS E. PEREZ, | Timothy Jafek |

    Defendants.

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE
COURT IN SESSION**:     1:31 p.m.

Court calls case. Appearances of counsel.

Discussion held regarding the pending Motions for Summary Judgment, exhibit and witness lists, sequestration of witnesses at trial, Plaintiff's Request for the Court to Take Judicial Notice (Doc. 66, filed 8/15/14), the Objection to Magistrate Judge's Order Permitting Discovery (Doc. 15, filed 9/24/13), and setting a hearing on the Motions for Summary Judgment.

Witnesses will not be sequestered during the trial.

**ORDERED:** Plaintiff's Request for the Court to Take Judicial Notice (Doc. 66, filed 8/15/14) is DENIED as stated on the record.

A hearing on Plaintiffs' Motion for Summary Judgment (Doc. 41, filed 2/26/14) and Defendants' Motion for Summary Judgment (Doc. 52, filed 2/26/14) is set for **September 9, 2014, at 2:00 p.m.**

**COURT IN RECESS**:     **1:44 p.m.**
**Total in court time**:  **00:13**
**Hearing concluded**