**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Courtroom Deputy: Cathy Pearson            Date:  September 9, 2014
Court Reporter:     Tammy Hoffschildt

**CASE NO.    13-cv-01722-RM-MJW**

| | |
|---|---|
| BLAKE BROWN,<br>DEAN BIGGS,<br>JACQUELINE DEHERRERA,<br>RUTH ANN HEAD,<br>MARLENE MASON,<br>ROXANNE S. MCFALL,<br>RICHARD MEDLOCK, and<br>BERNADETTE SMITH,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br>OFFICE OF WORKERS COMPENSATION<br>PROGRAMS, and<br>THOMAS E. PEREZ,<br><br>    Defendants. | John Evangelisti<br>Karen Larson<br><br><br><br><br><br><br><br><br><br><br>Timothy Jafek |

**COURTROOM MINUTES**

**MOTIONS HEARING
COURT IN SESSION**:       **1:59 p.m.**
Court calls case. Appearances of counsel.

Argument given and discussion held regarding Plaintiffs' Motion for Summary Judgment and Support Brief (Doc. 41, filed 2/26/14) and Defendants' Motion for Summary Judgment (Doc. 52, filed 2/26/14).

3:39 p.m.     Court in recess.
3:46 p.m.     Court in session.

Continued argument and discussion regarding Plaintiffs' Motion for Summary Judgment and Supporting Brief (Doc. 41, filed 2/26/14) and Defendants' Motion for Summary

Judgment (Doc. 52, filed 2/26/14).

**ORDERED:**  The trial set for October 1, 2014 is VACATED.  The Court will reset the trial after ruling on the Motions for Summary Judgment, if necessary.

The Court takes the Motions for Summary Judgment (Docs. 41 and 52) under advisement.

**COURT IN RECESS**:  **3:56 p.m.**
**Total in court time**:  **1:50**
**Hearing concluded**